STATE EX REL. SCHOOL DISTRICT No. 9 OF THE TOWN OF
    EAGLE POINT, Appellant, vs. KRAMER and others,
    Respondents.

*December 6, 1927—January 10, 1928.*

This case is ruled by *State ex rel. Joint School District v. Becker, ante,* p. 464.

APPEAL from a judgment of the county court of Chippewa county: T. J. CONNOR, Judge. *Reversed.*

*Mandamus* by a school district to compel the town in which the district is located to pay to the school district the portion of a tax on a public utility located in such district as provided in sec. 76.28 of the Statutes. From a judgment quashing the alternative writ the school district appeals.

A large amount of property belonging to the Northern States Power Company, a public utility, is located within the boundaries of the school district upon whose relation the alternative writ of *mandamus* was issued. Pursuant to the provisions of sec. 76.06 of the Statutes the property of this public utility was assessed by the state tax commission and the tax paid into the state treasury. Thereafter sixty-five per cent. of the tax paid by this public utility was returned to the town as required by sec. 76.28 of the Statutes. The town refused to pay one half of this sum to the school district as required by sec. 76.28 of the Statutes. The trial court held that this statute was in conflict with the state constitution and therefore refused to enforce its provisions.

*Dayton E. Cook* and *Clarence E. Rinehard,* both of Chippewa Falls, for. the appellant.

For the respondents there was a brief by *W. H. Stafford* and *Harold E. Stafford,* both of Chippewa Falls, and oral argument by *Harold E. Stafford.*

STEVENS, J. As the school district which is the relator is in a county which has a population of less than 50,000,

the case comes squarely within the decision of this court in *State ex rel. Joint School Dist. v. Becker, ante,* p. 464, 215 N. W. 902. An examination of the briefs in that case discloses the fact that every question here presented was considered in that case and decided adversely to the position taken by the town and by the trial judge in this case.

*By the Court.*—Judgment reversed, and cause remanded with directions to issue the writ of *mandamus.*